WILLIAM L. BRELSFORD, JR. #202839
POSWALL, WHITE & CUTLER
1001 G Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 449-1300
Facsimile: (916) 449-1320
Email: wbrelsford@pwclawcorp.com

Attorneys for Plaintiff
MICHAEL SHIELDS

WARREN H. NELSON, JR. #104744
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115
Telephone: (619) 269 4212
Facsimile:  (619) 501 7948
Email: nelson@rolando.sdcoxmail.com

Attorney for Defendant
STANDARD INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SHIELDS,<br><br>            Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, and DOES 1 through 30 inclusive,<br><br>            Defendants. | Case No.:  2:10-CV-03155-JAM-CMK<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>No hearing set or required. |

   The parties, plaintiff Michael Shields and defendant Standard Insurance Company ("Standard"), stipulate and agree as follows:

   1. The parties have settled this matter on terms that are confidential.

   2. The parties therefore jointly stipulate and respectfully request that the

PDF created with pdfFactory trial version www.pdffactory.com

Court dismiss this action with prejudice, each party to bear his or its own respective attorney fees, costs and expenses.

SO STIPULATED:

Dated: May 5, 2011

    /s/  William L. Brelsford, Jr.
WILLIAM L. BRELSFORD, JR.
POSWALL, WHITE & CUTLER
1001 G Street, Suite 301
Sacramento, CA 95814

Attorneys for Plaintiff
MICHAEL SHIELDS

SO STIPULATED:

Dated: May 17, 2011

    /s/ Warren H. Nelson, Jr.
WARREN H. NELSON, JR.
A PROFESSIONAL CORPORATION
6161 El Cajon Boulevard, # 273
San Diego, CA 92115

Attorney for Defendant
STANDARD INSURANCE COMPANY

IT IS SO ORDERED.  The matter having been settled in its entirety, each party to bear, as the case may be, its or his respective attorney fees and costs, the Clerk of the Court is hereby directed to close the file.

Dated: May 18, 2011

    /s/ John A. Mendez_____
JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com